The application of the above-named defendant for a review of the sentence of 40 years for Deliberate Homicide; plus 10 years for the use of a Weapon; to be served consecutively; plus credit for 153 days served imposed on May 30, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Patti Jensen of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. MICHAEL PAMBRUN, Defendant.

DECISION

No. 6564

The application of the above-named defendant for a review of the sentence of 40 years for Robbery + credit for 167 days served imposed on April 30, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Ed McLean, Deputy County Attorney from Missoula for appearing before the Sentence Review Board.

We wish to thank Margaret Borg, Attorney at Law from Missoula for her assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. EUGENE ANDREW AUSTAD, Defendant.

DECISION

No. ADC-78-074

The application of the above-named defendant for a review of the sentence for Counts I & II, Deliberate Homicide, Confinement for Life; Count III, Robbery, 40 years; Count IV, Sexual Intercourse without Consent, 40 years; Count V, Aggravated Burglary, 40 years; all to run consecutively; and designated as a DANGEROUS OF-

FENDER imposed on May 2, 1980, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence imposed by Judge Coder is affirmed except the Sentence Review Board will remove the DANGEROUS OFFENDER DESIGNATION on the grounds that the physical condition of the Defender indicates he is not a danger to society.

HONORABLE DOUGLAS HARKIN DISSENTS: He felt the sentencing judge had substantial evidence to support his determination that the Petitioner was dangerous.

We wish to thank Steve Hagerman, Deputy County Attorney from Cascade County for appearing before the Sentence Review Board.

We also wish to thank Paul Ewers of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. GARY JOSEPH SWAN, Defendant.

DECISION

No. 3888

The application of the above-named defendant for a review of the sentence for Attempted Rape, remaining balance of 49 ½ year sentence + credit for 258 days served imposed on January 30, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Ed McLean, the Deputy County Attorney from Missoula for appearing before the Sentence Review Board.

We wish to thank Dave Pengelly of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Robert Boyd, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. ROGER EDWARD MUDD, Defendant.

DECISION

No. 7353